ACCEPTED
12-13-00378-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/24/2015 2:27:39 PM
CATHY LUSK
CLERK



# Allen W. Ross

**Attorney & Counselor at Law**
PO Box 528 ~ Jacksonville, TX 75766
903.683.2454 (voice)
866.576.5317 (fax)
allen@arossatty.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/24/2015 2:27:39 PM
CATHY S. LUSK
Clerk

**VIA CERTIFIED MAIL, RETURN RECEIPT NO. 7014 0510 0002 2096 6440**

March 19, 2015

Mr. Bernie Lucas
TDC # 1604478
George Beto Unit
1391 FM 3328
Tennessee Colony, TX  75886

> Ref:    Appellate Cause No. 12-13-00378-CR
> Trial Court Case No. 16984
> Bernie Lucas v. The State of Texas
> Post-Opinion Letter / Petition for Discretionary Review Rights

Dear Mr. Lucas:

Enclosed is a copy of the Judgment and Opinion issued by the Twelfth Court of Appeals in Tyler, Texas in this cause.  Regretfully, the Court of Appeals has affirmed the decision of the trial court below.

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure you have the right to file a pro se Petition for Discretionary Review in the Texas Court of Criminal Appeals. This petition must be filed within 30 days after the issuance of the Court of Appeals' opinion (or within 30 days after the Court of Appeals denies a motion for rehearing, if one is filed).

**THEREFORE, IF YOU WISH TO CONTINUE THE APPEAL, YOU WILL NEED TO FILE A PETITION FOR DISCRETIONARY REVIEW.** You will need to file the petition and all copies of the petition with the Court of Appeals. The address for the Court of Appeals is as follows:

12th Court of Appeals
1517 W. Front Street #354
Tyler, Texas 75702

Their telephone number is (903) 593-8471. Their telefax number is (903) 593-2193.

The address for the Court of Criminal Appeals is as follows:

Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Their telephone number is (512) 463-1551.

You may also request the Court of Criminal Appeals to extend the time to file a petition, but only if you request it within fifteen (15) days after the date the court issues an opinion on the request for rehearing.

A Petition for Discretionary Review must be as brief as possible. It must be addressed to the "Court of Criminal Appeals of Texas" and must state your name as the party applying for review. It must also contain the following:

1. A "**Table of Contents**" with references to the pages of the petition and must indicate the subject matter of each ground or question presented for review.

2. An "**Index of Authorities**" arranged alphabetically and indicating the pages of the petition where the authorities are cited.

3. A "**Statement Regarding Oral Argument**" explaining why oral arguments would be helpful or that such arguments are waived.

4. A "**Statement of the Case**" briefly describing the nature of the case.

5. A "**Statement of the Procedural History**" providing:

   a. the date any opinion of the Court of Appeals was issued;
   b. The date of the filing of the motion for rehearing; and,
   c. The date the motion for rehearing was denied.

6. The "**Grounds for Review**" for which you are requesting review, separately numbered.

7. The "**Reasons for Review**" providing a concise and direct argument, with supporting authorities, as to why the court should review your case.

8. A "**Prayer for Relief**" clearly stating what relief you are seeking; and,

9. An "**Appendix**" containing a copy of the opinion of the Court of Appeals.

The petition must be no longer than fifteen (15) pages, exclusive of the Table of Contents, Index of Authorities, Statement Regarding Oral Arguments, Statement of the Case, Statements of Procedural History and the Appendix.

The State has the right to petition for review if the Court of Appeals grants the relief you request. IF THIS OCCURS, YOU MAY BE ELIGIBLE FO RELEASE ON BAIL WHILE THE STATE SEEKS DISCRETIONARY REVIEW. The amount of bail is determined by the Court of Criminal Appeals upon your filing a motion requesting same.

You should also be aware that if you are not incarcerated for this offense (you are on bond) and you received a term of years of confinement as a part of your sentence, a warrant will likely be issued soon for your arrest. You probably want to maintain contact with the Cherokee County Sheriff's Department for the warrant status so that you can turn yourself in and avoid an inconvenient arrest. If you received probation, you should contact the Community Supervision Department at 903.683.6540 as soon as possible.

**I AM NOT AUTHORIZED TO REPRESENT YOU IF YOU CHOOSE TO FILE A PETITION FOR DISCRETIONARY REVIEW**. Enclosed herewith please find copies of the clerk's record and the reporter's record to assist you in any future endeavors.

I regret that we were unsuccessful in your appeal, and I wish you the best of luck in the future.

Very Truly Yours,

ALLEN W. ROSS

Enc.

Cc:     Twelfth Court of Appeals (via eFile) w/ certified mail enclosures

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

TENNESSEE COLONY, TX 75886

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $17.90 | 0785 |
| Certified Fee | | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $23.90 | |

Sent To Bernie Lucas #1604478
Street, Apt. No.; or PO Box No. 1391 Fm 3328
City, State, ZIP+4 Tennessee colony tx 75886

PS Form 3800, August 2006          See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

TENNESSEE COLONY, TX 75886

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $12.65 | 0785 |
| Certified Fee | | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $18.65 | |

03/24/2015

Sent To Bernie Lucas #1604478
Street, Apt. No.; or PO Box No. 1391 Fm 3328
City, State, ZIP+4 Tennessee colony, TX 75886

PS Form 3800, August 2006          See Reverse for Instructions

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

TENNESSEE COLONY, TX 75886

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $17.90 | 0785 |
| Certified Fee | | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $23.90 | |

Sent To Bernie Lucas #1604478
Street, Apt. No.; or PO Box No. 1391 Fm 3328
City, State, ZIP+4 Tennessee colony, TX 75886

PS Form 3800, August 2006          See Reverse for Instructions